# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW HAMPSHIRE

In re:                                                                                                           Bk. No. 14-10780-JMD
                                                                                                                  Chapter 13
Alan C. Page,
        Debtor

Lawrence P. Sumski, Chapter 13 Trustee and
Alan C. Page,
        Plaintiffs

v.                                                                                                                Adv. No. 14-1071-JMD

JPMC Specialty Mortgage LLC,
        Defendant

## ORDER

The Joint Motion to Extend Discovery Deadline (Doc. No. 18) is granted. The Pretrial Scheduling Order (Doc. No. 7) is amended as follows:

1.  The parties shall complete discovery by no later than **April 8, 2015**. Written interrogatories, requests for admissions and like discovery requests shall be served at such time that the applicable response date under the Federal Rules of Bankruptcy Procedure will be earlier than the date by which discovery must be completed unless the deadline has been extended in accordance with LBR 7016-4.

2.  In accordance with LBR 7016-2, the parties shall file with the Court a final pretrial statement on or before **April 24, 2015**, containing, among other items, a brief statement of the case, a written stipulation of all contested and uncontested facts, a written stipulation of the applicable law and any disputed issues of law, any waiver of claims or defenses, a witness list, an exhibit list, and an estimate of trial length.

3. This proceeding is hereby set for a final pretrial hearing on **May 5, 2015, at 1:30 p.m.** in Bankruptcy Courtroom 2, 11th Floor, 1000 Elm Street, Manchester, New Hampshire. This date may be continued if a party files a motion for summary judgment.

4. In accordance with the Alternative Dispute Resolution Act of 1998, the Court encourages the parties to engage in alternative dispute resolution. See 28 U.S.C. §§ 651-658. If the parties agree to participate in alternative dispute resolution, they may contact Judge Deasy's calendar clerk for assistance.

ENTERED at Manchester, New Hampshire.

Date: January 20, 2015    /s/ J. Michael Deasy
J. Michael Deasy
Bankruptcy Judge