## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| In Re:<br><br>Alan C. Page<br><br>            Debtor | Chapter 13<br><br>Case No. 14-10780-JMD |
| Alan C. Page and<br>Lawrence P. Sumski, Ch. 13 Trustee<br><br>            Plaintiffs<br>v.<br><br>JPMC Specialty Mortgage LLC<br><br>            Defendant | Adv. Proc. No. 14-01071-JMD |

### NOTICE OF SUBSTITUTION OF COUNSEL

NOW COMES the Defendant JPMC Specialty Mortgage LLC and hereby substitutes counsel by allowing for the withdrawal of its current counsel, Joshua E. Menard, Esq. of Preti Flaherty Beliveau & Pachios, LLP and substitution of Gregory A. Moffett, Esq. of Preti, Flaherty, Beliveau, Pachios & Haley, LLP in place of withdrawing counsel.

                                                Respectfully submitted,

                                                JP Morgan Chase Bank, N.A.

                                                By Its Attorneys

Date: January 21, 2015            By:    /s/ Gregory A. Moffett
                                                Gregory A. Moffett (BNH 01998)
                                                Preti, Flaherty, Beliveau & Pachios PLLP
                                                P.O. Box 1318
                                                Concord, NH 03302-1318
                                                603-410-1500
                                                gmoffett@preti.com

7906941.1

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| In Re:<br><br>Alan C. Page<br><br>              Debtor | Chapter 13<br><br>Case No. 14-10780-JMD |
| Alan C. Page and<br>Lawrence P. Sumski, Ch. 13 Trustee<br><br>              Plaintiffs<br>v.<br><br>JPMC Specialty Mortgage LLC<br><br>              Defendant | Adv. Proc. No. 14-01071-JMD |

## CERTIFICATE OF SERVICE

I, Gregory A. Moffett, hereby certify that on the 21st day of January, 2015, I served copies of the *Notice of Substitution of Counsel* by first-class mail, postage prepaid or as otherwise indicated by electronic transmission, upon the parties listed below:

| | | |
|---|---|---|
| Geraldine Karonis, AUST* | Mark B. Johnson* | Gerald D. Neiman* |
| Office of the U.S. Trustee | Johnson & Borenstein LLC | Attorney at Law |
| 1000 Elm Street, Suite 605 | 12 Chestnut Street | 103 Roxbury Street, Suite 302D |
| Manchester, NH 03101 | Andover, MA 01810 | Keene, NH 030431 |

***served via electronic transmission**

                                                /s/ Gregory A. Moffett
                                                Gregory A. Moffett

7906941.1