```
                         United States Bankruptcy Court
                            District of New Hampshire
Page,
            Plaintiff                                      Adv. Proc. No. 14-01071-JMD

JPMC Specialty Mortgage LLC,
            Defendant
```

## CERTIFICATE OF NOTICE

```
District/off: 0102-1           User: dcs                  Page 1 of 1                  Date Rcvd: Jan 20, 2015
                               Form ID: pdf721            Total Noticed: 2
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 22, 2015.
```
pla            +Alan C. Page,   3 Hastings Circle,   Hinsdale, NH 03451-2003
dft            +JPMC Specialty Mortgage LLC,   700 Kansas Lane, MC 8000,   Monroe, LA 71203-4774
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 22, 2015                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 20, 2015 at the address(es) listed below:
```
              Gerald D. Neiman    on behalf of Plaintiff Alan C. Page admin@neimanlaw.com
              Gerald D. Neiman    on behalf of Defendant   JPMC Specialty Mortgage LLC admin@neimanlaw.com
              Gerald D. Neiman    on behalf of Plaintiff Lawrence P. Sumski admin@neimanlaw.com
              Joshua E. Menard    on behalf of Defendant   JPMC Specialty Mortgage LLC jmenard@preti.com,
               kpatten@preti.com
              Mark B. Johnson    on behalf of Defendant   JPMC Specialty Mortgage LLC mark@jbllclaw.com
              Office of the U.S. Trustee    USTPRegion01.MR.ECF@usdoj.gov
                                                                                             TOTAL: 6
```

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW HAMPSHIRE

In re:                                                                    Bk. No. 14-10780-JMD
                                                                                        Chapter 13

Alan C. Page,
            Debtor

Lawrence P. Sumski, Chapter 13 Trustee and
Alan C. Page,
            Plaintiffs

v.                                                                     Adv. No. 14-1071-JMD

JPMC Specialty Mortgage LLC,
            Defendant

## **ORDER**

        The Joint Motion to Extend Discovery Deadline (Doc. No. 18) is granted.  The Pretrial Scheduling Order (Doc. No. 7) is amended as follows:

        1.        The parties shall complete discovery by no later than **April 8, 2015**.  Written interrogatories, requests for admissions and like discovery requests shall be served at such time that the applicable response date under the Federal Rules of Bankruptcy Procedure will be earlier than the date by which discovery must be completed unless the deadline has been extended in accordance with LBR 7016-4.

        2.        In accordance with LBR 7016-2, the parties shall file with the Court a final pretrial statement on or before **April 24, 2015**, containing, among other items, a brief statement of the case, a written stipulation of all contested and uncontested facts, a written stipulation of the applicable law and any disputed issues of law, any waiver of claims or defenses, a witness list, an exhibit list, and an estimate of trial length.

  3. This proceeding is hereby set for a final pretrial hearing on **May 5, 2015, at 1:30 p.m.** in Bankruptcy Courtroom 2, 11th Floor, 1000 Elm Street, Manchester, New Hampshire. This date may be continued if a party files a motion for summary judgment.

  4. In accordance with the Alternative Dispute Resolution Act of 1998, the Court encourages the parties to engage in alternative dispute resolution. See 28 U.S.C. §§ 651-658. If the parties agree to participate in alternative dispute resolution, they may contact Judge Deasy's calendar clerk for assistance.

  ENTERED at Manchester, New Hampshire.

Date: January 20, 2015    /s/ J. Michael Deasy
                J. Michael Deasy
                Bankruptcy Judge